| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108<br>ATTORNEY FOR   PLAINTIFF | 415 981-4800<br><br>Ref. No. or File No.<br>BREAD:308 | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
TAYLOR v. PANERA BREAD

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 195894 | | | | CV 08-1519BZ |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION (PANERA BREAD COMPANY) SUMMONS IN A CIVIL ACTION (PANERA LLC); COLLECTIVE AND CLASS ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; U.S DISTRICT COURT OFFICE HOURS AND GUIDELINES.

2. a. Party served:   PANERA LLC., by serving
                      CT CORPORATION SYSTEMS, INC., Agent for
                      Service of Process
   b. Person served:  MARGARET WILSON
                      Clerk
   c. Address:
                      818 W SEVENTH ST 2ND FL.
                      LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 03/25/08 (2) At: 10:15AM

5. Person serving: CURTIS HARRIS              Fee for service $      .00

APEX ATTORNEY SERVICES          d.  Registered California process server
1055 WEST SEVENTH STREET        (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No. 3104
213-488-1500 FAX                (3) County: LOS ANGELES
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 04/02/08                        >
                                              SIGNATURE