# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

April 30, 2008

**To:**   **Eric H. Gibbs**
**Dylan Hughes**
**Geoffrey A. Munroe**
**Girard Gibbs LLP**
**601 California Street, 14th Floor**
**San Francisco, CA 94108**

**George A. Hanson**
**Stueve Siegel Hanson LLP**
**460 Nichols Road, Suite 200**
**Kansas City, MO 64112**

**Margaret Hart Edwards**
**Michael Mankes**
**Philip Lane Ross**
**Littler Mendelson**
**A Professional Corporation**
**650 California Street, 20th Floor**
**San Francisco, CA 94108-2693**

Re: Marian Taylor v. Panera Bread Company - C08-1519 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **June 30, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
        Lashanda Scott
        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd