Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846

George A. Hanson
hanson@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Facsimile: (816) 714-7101

*Attorneys for Plaintiff Marion Taylor*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION TAYLOR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PANERA BREAD COMPANY, a Delaware corporation; and PANERA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV08-1519 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>CLASS ACTION<br>DEMAND FOR JURY TRIAL |

1   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
2   party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all
3   further proceedings in the case, including trial, and order the entry of a final judgment. Appeal
4   from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
5   Circuit.

6   DATED: May 1, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

By: /s/ Geoffrey A. Munroe

Eric H. Gibbs
Dylan Hughes
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

George A. Hanson
**STUEVE SIEGEL HANSON LLP**
330 W. 47th Street, Suite 250
Kansas City, MO 64112
Telephone: (816) 714-7170
Facsimile: (816) 714-7101

Attorneys For Plaintiff Marion Taylor

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO. CV08-1519 BZ