UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARION TAYLOR, individually, and on
behalf of all others similarly situated,

No.  C  08 1519 BZ

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

v.

PANERA BREAD COMPANY, a Delaware
corporation; and PANERA LLC, a Delaware
limited liability company,
                    Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 9, 2008 _____

Signature  Margaret Hart Edwards

Counsel for  Defendants
(Plaintiff, Defendant or indicate "pro se")