Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846

George A. Hanson
(*pro hac* application pending)
hanson@stuevesiegel.com
Richard M. Paul III
(*pro hac* application pending)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone:  (816) 714-7100
Facsimile:  (816) 714-7101

*Attorneys for Plaintiff Marion Taylor*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION TAYLOR, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PANERA BREAD COMPANY, a Delaware corporation; and PANERA LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. CV08-1519 BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 13, 2008

                                                 Respectfully submitted,

                                                 **GIRARD GIBBS LLP**

                                                 By:  /s/ Eric H. Gibbs

                                               Dylan Hughes
                                               Geoffrey A. Munroe
                                               601 California Street, 14th Floor
                                               San Francisco, California 94108
                                               Telephone:  (415) 981-4800
                                               Facsimile:   (415) 981-4846

                                               George A. Hanson (*pro hac vice* pending)
                                               Richard M. Paul III (*pro hac vice* pending)
                                               **STUEVE SIEGEL HANSON LLP**
                                               460 Nichols Road, Suite 200
                                               Kansas City, MO 64112
                                               Telephone:  (816) 714-7100
                                               Facsimile:   (816) 714-7101

                                               **Attorneys for Plaintiff Marion Taylor**

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSON
CASE NO. CV08-1519 BZ