George A. Hanson
hanson@stuevesiegel.com
Richard M. Paul III
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Facsimile: (816) 714-7101

Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Marion Taylor*

FILED

MAY 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION TAYLOR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANERA BREAD COMPANY, a Delaware corporation; and PANERA LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV08-1519 BZ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Richard M. Paul III, an active member in good standing of the bar of United States District Court for the Western District of Missouri, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

PRO HAC VICE APPLICATION
CASE NO. CV08-1519 BZ

SSH 0634-97404

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court.

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Eric H. Gibbs, Girard Gibbs LLP, 601 California Street, Suite 1400, San Francisco, California 94108 (415) 981-4800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/9/08

Richard M. Paul III

PRO HAC VICE APPLICATION
CASE NO. CV08-1519 BZ

SSH 0634-97404