RECEIVED

MAY 1 9 2008

RICHA...

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARION TAYLOR, individually, and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PANERA BREAD COMPANY, a Delaware corporation; and PANERA LLC, a Delaware limited liability company,<br><br>      Defendants. | **Case No. CV08-1519BZ**<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Richard M. Paul III, an active member in good standing of the bar of the United States District Court for the Western District of Missouri whose business address and telephone number is Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, Missouri (816) 714-7100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____        _____
                  United States Judge

PROPOSED ORDER

SSH 0634-97433