MARGARET HART EDWARDS (State Bar No. 65699)
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Tel: 415.433.1940
Email: mhedwards@littler.com

American LegalNet, Inc.
www.USCourtForms.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION TAYLOR, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PANERA BREAD COMPANY, a Delaware corporation, and PANERA LLC, a Delaware limited liability company,<br><br>    Defendant(s). | Case No. CV-08-1519 BZ<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

   **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/28/08                     /s/ Macon Magee
                                    Panera Bread Company and
                                    Panera Bread LLC

Dated: 5/28/08                     /s/ Margaret Hart Edwards
                                    Margaret Hart Edwards
                                    Attorney for Defendants

Rev. 12/05