1  MARGARET HART EDWARDS, Bar No. 65699
   PHILIP L. ROSS, Bar No. 90042
2  MICHAEL MANKES, Bar No. 179016
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5
   Attorneys for Defendant
6  PANERA LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | MARION TAYLOR, individually, and on       | Case No.  CV 08 1519 BZ
   | behalf of all others similarly situated,   |
11 |                                            | **DEFENDANT PANERA LLC'S**
   |              Plaintiff,                    | **CERTIFICATE OF INTERESTED**
12 |                                            | **ENTITIES OR PERSONS**
   |       v.                                   |
13 |                                            |
   | PANERA BREAD COMPANY, a                    |
14 | Delaware corporation; and PANERA LLC,      |
   | a Delaware limited liability company,      |
15 |                                            |
   |              Defendants.                   |
16

17         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

18 persons, associations of persons, firms, partnerships, corporations (including parent corporations) or

19 other entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:  Panera Bread Company, parent;

22 Pumpernickel Associates, Inc., subsidiary; Panera Enterprises, Inc., subsidiary; Asiago Bread, LLC,

23 subsidiary; Atlanta JV, LLC, subsidiary; Artisan Bread, LLC, subsidiary; Cap City Bread, LLC,

24 indirect subsidiary; Panera International Holdings, Inc., subsidiary; Panera Canada Holdings, Inc.,

25 indirect subsidiary; Panera Holding Canada, ULC, indirect subsidiary; Panera Canada GP Ltd.,

26

27

28

indirect subsidiary; Panera Canada LP, indirect subsidiary; Panera Bread Canada ULC, indirect subsidiary.

Dated:  June 5, 2008

Respectfully submitted,

*[signature]*

PHILIP L. ROSS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PANERA LLC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

85454712.1 054286.1007

2

Case No. CV 08 1519 BZ

DEFENDANT PANERA LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS