**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **06/302008**

**C08-1519 BZ**

**Marion Taylor v. Panera Bread Company, et al.**

Attorneys: Pltf: Eric Gibbs & Rick Paul
            Def: Margaret Hart Edwards

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Counsel requested that the hearings occur off the record.**

**PROCEEDINGS:**                                **RULING:**

1. Initial Case Management Conference           Matter Held
2. _____          _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Status Conference set for March 16, 2009 at 4:00 p.m. Plaintiff's Motion to Certify Class shall be set on 3/4/2008 at 10:00 a.m. Counsel were ordered to meet and confer to discuss re data material. Counsel stipulate to Private Mediation. Defendant's shall file a Motion for Summary Judgment or Motion for Partial Summary Judgment within 90 days. Plaintiff shall amend the pleadings no later than 12/1/2008 to include any new claims and/or proper class and/or sub-class. Counsel will utilize the protective order which is located on the court website.

( XX ) ORDER TO BE PREPARED BY:    Plntf ____  Deft ____  Court XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial: ( )Jury    ( )Court
Notes: _____