UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARION TAYLOR, individually and on behalf of all other similarly situated, | ) ) ) ) | No.  C 08-1519 BZ |
| Plaintiff(s), | ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| PANERA BREAD CO., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

Following the Case Management Conference, **IT IS HEREBY ORDERED** that the Case Management Statement is adopted, except as expressly modified by this Order.  It is further **ORDERED** that:

1. <u>DATES</u>

Last Day for Defendant to File Motion for Summary Judgment on the Ground that it is not a Proper Party: **Monday, 9/29/08**

Last Day for Plaintiff to seek leave to Amend Complaint to Bring New Claims: **Monday, 12/1/2008**

Close of Class Certification Discovery: **Wednesday, 12/31/2008**

1

1  Hearing on Motion for Class Certification: **Wednesday,**
2  **3/4/2009, 10:00 a.m.**
3  Further Status Conference: **Monday, 3/16/09, 4:00 p.m.**
4  2.    DISCLOSURE AND DISCOVERY
5       The parties are reminded that a failure to voluntarily
6  disclose information pursuant to Federal Rule of Civil
7  Procedure 26(a) or to supplement disclosures or discovery
8  responses pursuant to Rule 26(e) may result in exclusionary
9  sanctions.  Thirty days prior to the close of non-expert
10 discovery, lead counsel for each party shall serve and file a
11 certification that all supplementation has been completed.
12      In the event a discovery dispute arises, **lead counsel** for
13 each party shall meet in person or, if counsel are outside the
14 Bay Area, by telephone and make a good faith effort to resolve
15 their dispute.  Exchanging letters or telephone messages about
16 the dispute is insufficient.  The Court does not read
17 subsequent positioning letters; parties shall instead make a
18 contemporaneous record of their meeting using a tape recorder
19 or a court reporter.
20      In the event they cannot resolve their dispute, the
21 parties must participate in a telephone conference with the
22 Court **before** filing any discovery motions or other papers.
23 The party seeking discovery shall request a conference in a
24 letter filed electronically not exceeding two pages (with no
25 attachments) which briefly explains the nature of the action
26 and the issues in dispute.  Other parties shall reply in
27 similar fashion within two days of receiving the letter
28 requesting the conference.  The Court will contact the parties

1  to schedule the conference.

2  3.    <u>MOTIONS</u>

3       Consult Civil Local Rules 7-1 through 7-5 and this
4  Court's standing orders regarding motion practice.  Motions
5  for **summary judgment** shall be accompanied by a statement of
6  the material facts not in dispute supported by citations to
7  admissible evidence.  The parties shall file a joint statement
8  of undisputed facts where possible.  If the parties are unable
9  to reach complete agreement after meeting and conferring, they
10 shall file a joint statement of the undisputed facts about
11 which they do agree.  Any party may then file a separate
12 statement of the additional facts that the party contends are
13 undisputed.  A party who without substantial justification
14 contends that a fact is in dispute is subject to sanctions.

15      A Chambers copy of all briefs shall be e-mailed in
16 WordPerfect or Word format to the following address:
17 bzpo@cand.uscourts.gov.

18 4.    <u>MEDIATION</u>

19      By agreement of the parties, this matter has been
20 referred for a Mediation to be conducted November 3 - 4, 2008,
21 if possible.  The parties shall promptly notify the Court
22 whether the case is resolved at the Mediation.

23 Dated:  July 1, 2008

24                              _____
25                              Bernard Zimmerman
                                United States Magistrate Judge

26
   G:\BZALL\-BZCASES\TAYLOR V. PANERA BREAD\CASE MANAGEMENT CONFERENCE
27 ORDER.wpd

28