Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Matthew B. George (State Bar No. 239322)
mbg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846

George A. Hanson
hanson@stuevesiegel.com
Richard M. Paul III
paul@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone:  (816) 714-7100
Facsimile:  (816) 714-7101

Attorneys for Plaintiff
MARION TAYLOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARION TAYLOR, individually, and on behalf of a class of other similarly situated employees,<br><br>                              Plaintiff,<br>       v.<br><br>PANERA BREAD CO., et al.,<br><br>                              Defendants. | Case No. 3:08-cv-1519 (BZ)<br><br>**STIPULATED REQUEST FOR STATUS CONFERENCE TO DISCUSS PENDING SETTLEMENT; [PROPOSED] ORDER GRANTING JOINT REQUEST FOR STATUS CONFERENCE** |

STIPULATED REQUEST FOR STATUS CONFERENCE TO DISCUSS PENDING SETTLEMENT
CASE NO. 3:08-CV-1519 (BZ)

1 | Based on the reasons set forth herein, the parties jointly request a status conference with the
2 | Court to be held on December 12, 2008 at 10:00 a.m. to discuss pending settlement of this action:
3 |     1.    Pursuant to this Court's case management order of July, 1, 2008, on November 3 and 4,
4 | 2008, the parties participated in private mediation.  The parties reached a tentative comprehensive
5 | settlement agreement.
6 |     2.    Pursuant to this Court's case management order of July, 1, 2008, the parties are currently
7 | scheduled for a further status conference on Monday, March 16, 2009, at 4:00 p.m.
8 |     3.    The parties desire to conduct a status conference with the Court to discuss the pending
9 | settlement and prompt resolution of this action.  Due to counsel for Plaintiff Richard M. Paul's
10 | upcoming travel to San Francsico from Kansas City, Missouri, on December 12, 2008, the parties
11 | respectfully request the court hold a status conference to discuss the pending settlement on Friday,
12 | December 12, 2008, at 10:00 a.m.
13 |     4.    If the Court is unable to conduct the status conference to discuss pending settlement on
14 | Friday, December 12, 2008, at 10:00 a.m., or as an alternative at 3:30 p.m., the parties propose that the
15 | status conference be heard on the Court's regular status conference calendar on Monday, December 15,
16 | 2008, at 4:00 p.m.

Respectfully submitted,

DATED: December 8, 2008    **GIRARD GIBBS LLP**

By:   /s/ Eric H. Gibbs

Attorneys for Plaintiff
MARION TAYLOR


DATED: December 8, 2008    **STUEVE SIEGEL HANSON LLP**

By:   /s/ Richard M. Paul

Attorneys for Plaintiff
MARION TAYLOR

1

STIPULATED REQUEST FOR STATUS CONFERENCE TO DISCUSS PENDING SETTLEMENT
CASE NO. 3:08-CV-1519 (BZ)

DATED:  December 8, 2008            **LITTLER MENDELSON, P.C.**


                                    By:    Margaret Hart Edwards

                                    Attorneys for Defendants
                                    PANERA BREAD COMPANY AND
                                    PANERA LLC

1 **ORDER**

2 Based on the parties joint request, good cause being shown, it is hereby ORDERED that the
3 parties appear for a status conference to discuss the pending settlement on December 12, 2008 at 10:00
4 a.m.

5

6 DATED: _December 8_____, 2008       By: _____*signature*_____
7                                                    U.S. Magistrate Judge Bernard Zimmerman

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28